# EXHIBIT 1

# Options for borrowers facing financial hardship

## Hardship Accommodation Plan

SBA is offering a Hardship Accommodation Plan (HAP) for COVID-19 EIDL borrowers experiencing short-term financial challenges. Borrowers eligible for this plan may pay 10% of their usual payments for six months, without first catching up on missed payments. Borrowers will have the option to renew after the plan concludes. **Interest will continue to accrue, which may increase (or create) a balloon payment due at the end of the loan term.** Apply for HAP through the MySBA Loan Portal.

### Eligibility

All loans in repayment, including past due loans, are eligible. You're also eligible if your loan is in default (more than 120 days late on a payment) as long as it hasn't been sent to the Treasury for extra collection steps. This generally occurs after you are 180 days late on a payment. Once Treasury takes extra collection steps, your loan is no longer eligible, and you must work with Treasury on any further steps. If your loan was already sent to the Treasury, you'll need to make payments directly to them.

### Terms

- Borrowers are required to pay a fixed percentage of their monthly payment amount. Payment reduction will vary based on past enrollment status.
- During the Hardship Accommodation period, borrowers can voluntarily make larger payments.
- The regular monthly payment amount will resume and be required after the six-month Hardship Accommodation period ends. Borrowers may be able to renew the Hardship Accommodation Plan, if necessary. The terms may vary for renewals.
- **It's important to keep up your payments.** If you choose this help plan but miss payments, your loan will be considered in default again. There are serious consequences for defaulting on government debt. SBA recommends enrolling in autopay to avoid missing a payment.

### Enrollment

Borrowers are eligible to enroll in the Hardship Accommodation Plan beginning 60 calendar days before their first payment due date.

**If your loan amount is less than or equal to $200,000:**

- **First-time enrollment:** To enroll in the Hardship Accommodation plan, create an account or log in to the MySBA Loan Portal. Within the portal, click "Loan Summaries" in the toolbar. On the Loan Summary page, look for "Hardship Accommodation Plan" in the bottom-right corner. Click "Learn more and enroll."
- **Renewals:** You may renew the Hardship Accommodation Plan through the MySBA Loan Portal. If you are unable to renew through the portal, please contact COVID-19 EIDL customer service (include Hardship Accommodation Plan in the email subject line), or send a message through the MySBA Loan Portal. You will be contacted by a loan specialist regarding requirements.

**If your loan amount exceeds $200,000:**

- **First-time enrollment and renewals:** Please contact COVID-19 EIDL customer service (include Hardship Accommodation Plan in the email subject line) or send a message through the MySBA Loan Portal. You will be contacted by a loan specialist regarding requirements.

# EXHIBIT 2



**Confirmation of your hardship accommodation plan**

**Type:** Important Information

**SBA Loan Number** ▮▮▮▮8207

**From:** U.S. Small Business Administration                    05/06/2023, 11:47 PM EDT

This message confirms your enrollment in a hardship accommodation plan for your SBA loan ending in 8207. You can view or make changes to your plan within the Portal in Loan Accounts section.

Questions?
Contact the COVID 19 EIDL Servicing Center at 1 833 853 5638.

# EXHIBIT 3



### Renew Hardship Accommodation Plan
**Type:** Hardship Accommodation
**SBA Loan Number:** xxxxxx8207

**From:** Deafueh Monbo      01/02/2024, 03:26 PM EST

I need to renew my hardship accommodation plan. I do not have the link to the Hardship Accommodation Plan. I need to renew my hardship accomodation plan. I am having severe hardship

**From:** U.S. Small Business Administration      01/03/2024, 04:00 PM EST

Thank you for contacting the U.S. Small Business Administration Disaster Assistance Customer Service Center regarding assistance related to the Coronavirus (COVID-19) Pandemic.

The COVID EIDL Hardship Accomodation Plan launched on November 19, 2022. This plan is for borrowers with short-term financial challenges and is designed to reduce payments for a 6-month period only for loans less than or equal to $200,000. Borrowers are required to make a minimum of 10% of the monthly payment (with a $25 minimum) for 6 months. For further information please visit our website at: Manage your EIDL (sba.gov)

**My loan is under $200,000, how do I enroll?**
- Within MySBA Portal, select the Loan Summary Tab, view Hardship Accommodation Plan, click learn more and enroll. If you need technical assistance or require additional help, please contact or 833-572-0502

**Please note:**
- Interest will continue to accrue during the Hardship period.
- Enrolling in Hardship Accommodation will increase the overall amount of interest the borrower pays on the loan and will **increase (or create) a balloon payment** required to pay off the loan at maturity.

If you have additional questions or require further assistance, please call 1-833-853-5638 (Monday through Friday from 8:00 am to 8:00 pm Eastern Time) or, if you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

Thank you for contacting the U.S. Small Business Administration Customer Service Center regarding assistance related to your SBA loan.

Once the account is current, please send an email to cesc@sba.gov to enroll in hap.
We recommend that you contact your Disaster Loan Servicing Center at:

COVID EIDL Servicing Center (7029)
Phone: 833-853-5638
Email: CovidEIDLServicing@sba.gov
Business Hours (Eastern Time): 8:00-8:00

Please include the SBA Loan Number or other identifying information with your request.

To find answers to the most frequently asked questions, you may click on the Need Help button in your MySBA portal. If you have additional questions or require further assistance, please call 1-833-853-5638 (Monday through Friday from 8:00 am to 8:00 pm Eastern Time) or, if you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

Sincerely,


**Office of Capital Access, Customer Service Center**
**U.S. Small Business Administration**

Sincerely,

Office of Capital Access, Customer Service Center
**U.S. Small Business Administration**
(833) 853-5638

# EXHIBIT 4

### Hardship Accomosation
**Type:** Hardship Accommodation
**SBA Loan Number:** XXXXXX8207

**From:** Deafueh Monbo                                                                              02/04/2024, 07:13 PM EST

We still need to get on the hardship accommodation plan. What is the delay in processing the hardship accommodation

**From:** U.S. Small Business Administration                                                         02/05/2024, 02:19 PM EST

Thank you for contacting the U.S. Small Business Administration Customer Service Center regarding assistance related to your SBA loan.

For further information on requesting Hardship Accommodation, please contact the servicing office below.

COVID EIDL Servicing Center
Phone: 833-853-5638
Email: CovidEIDLServicing@sba.gov
Business Hours (Eastern Time): 8:00-8:00

To find answers to the most frequently asked questions, you may click on the **Need Help** button in your MySBA portal. If you have additional questions or require further assistance, please call 1-833-853-5638 (Monday through Friday from 8:00 am to 8:00 pm Eastern Time) or, if you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

Sincerely,

Office of Capital Access, Customer Service Center
**U.S. Small Business Administration**
1-833-853-5638

#### Documents

| Document Type | File |
|---|---|
| | No data available |

# EXHIBIT 5



# XXXXXX8207

**Make a Payment**

## Payments

**SBA Loan Number**

XXXXXX8207

**Loan Type**
Disaster COVID-19 Economic Injury

**Loan Status**
Disbursed Current

**Year**

2024

**Payment History**    **Payment Activity**

ⓘ For certain loan products and payments, this screen may not reflect all detailed accounting records related to your payment. This may result in the principal and interest not totaling to your payment amount. For detailed accounting records, please contact the SBA through the platform.

| Effective Date | Processed Date | Transaction Type | Amount | Principal Amount | Interest Amount |
| --- | --- | --- | --- | --- | --- |
| 01/03/2024 | 01/04/2024 | Repayment by Borrower - Regular | $731.00 | ------ | ($731.00) |
| 01/10/2024 | 01/11/2024 | Repayment by Borrower - Regular | $731.00 | ------ | ($731.00) |
| 01/18/2024 | 01/19/2024 | Repayment by Borrower - Regular | $74.00 | ------ | ($74.00) |
| 02/07/2024 | 02/08/2024 | Repayment by Borrower - Regular | $731.00 | ------ | ($731.00) |
| 02/16/2024 | 02/20/2024 | Repayment by Borrower - Regular | $74.00 | ------ | ($74.00) |
| 03/18/2024 | 03/19/2024 | Repayment by Borrower - Regular | $74.00 | ------ | ($74.00) |
| 04/16/2024 | 04/17/2024 | Repayment by Borrower - Regular | $74.00 | ------ | ($74.00) |
| 05/07/2024 | 05/08/2024 | Repayment by Borrower - Regular | $731.00 | ------ | ($731.00) |
| 05/16/2024 | 05/17/2024 | Repayment by Borrower - Regular | $74.00 | ------ | ($74.00) |

Rows per page: All ▼    1-9 of 9    <  >

Copyright © 2024 MySBA. All rights reserved. 5109.0

📞 1-833-572-0502  ⊘ Give us feedback

**Need Help?**